IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CANNON PACKAGING CO., INC.,

    Plaintiff,

v.

                                              No. 05-1258 – T An

MOORE AGRICULTURAL
PRODUCTS CO., INC. d/b/a
T-TECH

    Defendant.

---

MOORE AGRICULTURAL
PRODUCTS CO., INC. d/b/a
T-TECH

    Counter-Plaintiff,

v.

CANNON PACKAGING CO., INC.,
ROBERT HAMMONS, AND
BARRY HAMMONS

    Counter-Defendants.

## ORDER ADMITTING ATTORNEY MICHELE A. ENGNATH PRO HAC VICE

Before the Court is the Motion for Admission to Practice *Pro Hac Vice* of Michele A. Engnath on behalf of Defendant Moore Agricultural Products Co., Inc. d/b/a T-Tech.

For good cause shown, the motion is granted. Michele A. Engnath is hereby permitted to practice law before this Court in the above-captioned matter.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __10-12-05__

IT IS SO ORDERED, this __11th__ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01258 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Wanda Brown
GIBSON COUNTY CHANCERY COURT
Municipal Bldg.
1421 Osborne St.
Humboldt, TN 38343

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michele A. Engnath
11521 Excelsior Ave.
Hanford, CA 93230

Honorable James Todd
US DISTRICT COURT